UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
CATHERINE STONE-CLARK,              )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )
                                    )   Civil Action No. 04-0373 (PLF)
BLACKHAWK, INC.,                    )
                                    )
        Defendant.                  )
_____)

ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that defendant's motion [10] for summary judgment is GRANTED in part and DENIED in part; it is

FURTHER ORDERED that plaintiff's claim for sexual harassment is DISMISSED; and it is

FURTHER ORDERED that there shall be a status conference before the undersigned on January 9, 2007 at 9:15 a.m.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: